IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAKOTA HOLT, | * | |
| Plaintiff, | * | |
| v. | * | 1:23-CV-00081-ELR |
| MAE-REDA INVESTMENTS, LLC, | * | |
| Defendant. | * | |

**O R D E R**

On March 29, 2023, Plaintiff Dakota Holt filed a "Notice of Voluntary Dismissal With Prejudice" by which he "requests that the instant matter be dismissed with prejudice, and without an award of fees or costs to either [P]arty." [See Doc. 4]. Accordingly, the Court **DISMISSES WITH PREJUDICE** Plaintiff's Complaint [Doc. 1]. The Court **DIRECTS** the Clerk to **CLOSE** this case.

**SO ORDERED**, this 30th day of March, 2023.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia